UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No: 2:21-cv-442-SPC-MRM

$440,068.08 IN U.S.
CURRENCY & NINE
VEHICLES,

    Defendants.
_____/

**ORDER**[1]

Before the Court is the United States' Motion for Judgment of Forfeiture for approximately $440,068.08 in United States currency and nine vehicles ("Defendant Funds"). (Doc. 24). The United States filed a Declaration in Support (Doc. 24-1). The Court finds the Defendant Funds are subject to forfeiture under 21 U.S.C. § 881(a)(6) and Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions.

Having been fully advised in the premises, the Court finds the Defendant Funds are forfeitable to the United States because they constitute: (1) money

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

furnished or intended to be furnished by a person in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; or (3) money used or intended to be used to facilitate a violation of the Controlled Substances Act.  The Defendant Funds are thus subject to civil forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

The Court further finds that the parties known to have an alleged interest in the Defendant Funds—Gerald Michael Abraham, Glenview Luxury Imports, Fifth Third Bank, American Momentum Bank, and First Florida Integrity Bank—received notice of this action and have not filed a claim for the Defendant Funds and the time for filing such a claim has expired.  (Doc. 24-1 at 3-6).

The Court further finds that the United States filed a Declaration of Publication to reflect notice of this forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 9, 2021, and continuing through and including July 8, 2021, pursuant to Supp'l Rule G(4)(a)(iv)(C).  (Doc. 9).  No other person or entity has filed a claim and the time for filing such a claim has expired.  Thus, it is now appropriate for the Court to enter a Judgment of Forfeiture for the Defendant Funds.

Accordingly, it is

**ORDERED**:

The United States' Motion for Judgment of Forfeiture (Doc. 24) is **GRANTED**.

1. Under 21 U.S.C. § 881(a)(6) and Supp'l Rule G, all right, title, and interest in the Defendant Funds are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the Defendant Funds is now vested in the United States of America.

2. The Clerk is **DIRECTED** to enter judgment and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on August 16, 2021.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record